GEORGE DUESDIEKER (State Bar No. 95505)
1850 Gateway Drive – 1st Floor
San Mateo, California 94404-2467
Telephone: (650) 513-2149
Fax (913) 523-0647
Attorney for Defendants
Sprint United Management Company and
Sprint Communications Company L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICIA ALO,<br>        Plaintiff,<br><br>    vs.<br><br>SPRINT UNITED MANAGEMENT COMPANY, INCORPORATED, A Kansas Corporation, SPRINT COMMUNICATIONS COMPANY, L.P., A Delaware Limited Partnership,<br>        Defendants. | Case No. CIV.S 04-1904 LKK JFM<br><br>**STIPULATION AND ORDER RE: MENTAL EXAMINATION (RULE 35, F.R.Civ.P.)** |
|---|---|

The parties hereby stipulate pursuant to Rule 35, F.R.Civ.P. that plaintiff Alicia Alo shall be examined by Dr. Alan Brooker, Ph.D. (a psychologist licensed by the State of California) on September 12, 2005, commencing at 9 a.m. at 2609 Capitol Avenue, Suite 2, Sacramento, California, and continuing as appropriate.

Dated: August 12, 2005

By: /s/
George Duesdieker
Attorney for Defendants
Sprint United Management Company and
Sprint Communications Company, L.P.

Dated: August 12, 2005

By: /s/
Mark P. Velez
Attorney for Plaintiff
Alicia Alo

APPROVED AND SO ORDERED.

Dated: August 22, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

/aloime.stip