UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALICIA ALO,

        Plaintiff,

   v.

SPRINT; SPRINT COMMUNICATIONS COMPANY, a Delaware corporation; and U.S. TELECOM, INC., a Delaware corporation,

        Defendants.

                                      /

NO. CIV. S-04-1904 LKK/JFM

O R D E R

The court's tentative pretrial order is AMENDED at 1:20-22 to read as follows: "GEORGE DUESDIKER, GARY LAFAYETTE and SUSAN KUMAGAI appeared as counsel for defendants. Above-listed counsel are therefore designated as lead trial counsel." With that modification, pretrial order is now FINAL.

    IT IS SO ORDERED.

    DATED: June 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT