1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   ALICIA ALO,
                                          NO. CIV. S-04-1904 LKK/JFM
12
              Plaintiff,
13
        v.                                      O R D E R
14
     SPRINT; SPRINT COMMUNICATIONS
15   COMPANY, a Delaware corporation;
     and U.S. TELECOM, INC., a
16   Delaware corporation,

17              Defendants.
                                        /
18

19        Pending before the court are motions in limine in the above-

20   captioned case.  The court also addresses the parties' objections

21   to the trial exhibits.  Upon review of the papers and after oral

22   argument, the court ORDERS as follows:

23        1.   Defendant's motion to exclude Dr. Pamela Prescott-Kim is

24             DENIED.

25        2.   Plaintiff's  motion  regarding  the  knife  incident  is

26             GRANTED.

                                   1

1  3.  Plaintiff's motion to exclude her employment history is
2      GRANTED.
3  4.  Plaintiff's motion regarding collateral source benefits
4      is DENIED to the extent that the court will consider
5      collateral source benefits when awarding damages.
6  5.  Plaintiff's motion regarding defense counsel's law firm
7      being referenced as a "minority law firm" is GRANTED.
8  6.  Defendant's motion to exclude witnesses not properly
9      disclosed is GRANTED in part and DENIED in part: all
10     witnesses not properly disclosed are STRICKEN, with the
11     exception of  plaintiff's family members, who shall be
12     heard.
13 7.  With respect to plaintiff's objections to defendant's
14     exhibits, the objections are denied subject to renewal
15     by defendant at the time of trial.  The only objections
16     that are sustained at this point in time are the
17     objections that relate to exhibits pertaining to the
18     knife incident and violence in the workplace.
19 8.  With respect to defendant's objections to plaintiff's
20     exhibits, the objections are denied subject to renewal
21     by defendant at the time of trial.
22     IT IS SO ORDERED.
23     DATED:  August 4, 2006

24     _____
       LAWRENCE K. KARLTON
25     SENIOR JUDGE
       UNITED STATES DISTRICT COURT
26